# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

      v.                                                                        Docket No. 7:10-CR-149-3FL

ROY BEAVERS

      On September 12, 2011, the above named was placed on probation for a period of 3 years. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                                    Respectfully submitted,

                                                             /s/ Dwayne K. Benfield
                                                             Dwayne K. Benfield
                                                             Supervising U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this   22nd   day of   October  , 2013.

                                                              Louise W. Flanagan
                                                              U.S. District Judge